# <u>EXHIBIT 1</u>
Schroeder's Police Report

STATE OF CALIFORNIA
# TRAFFIC COLLISION REPORT

PAGE 1 OF

| SPECIAL CONDITIONS | NUMBER INJURED 0 | HIT & RUN FELONY ☐ | CITY HEMET | | | JUDICIAL DISTRICT BANNING SUPERIOR | LOCAL REPORT NUMBER 19-7023 |
|---|---|---|---|---|---|---|---|
| | NUMBER KILLED 0 | HIT & RUN MISD. ☐ | COUNTY RIVERSIDE | | REPORTING DISTRICT 526 | BEAT SOUTH | DAY OF WEEK Friday / TOW AWAY ☑ YES ☐ NO |

| LOCATION | COLLISION OCCURRED ON GILBERT ST | | | MO. DAY YEAR 8/9/2019 | TIME (2400) 0014 | NCIC # 3308 | OFFICER I.D. 10597 |
|---|---|---|---|---|---|---|---|
| | MILEPOST INFORMATION Feet OR | | GPS COORDINATES LATITUDE 33.743871  LONGITUDE -116.976108 | | | | PHOTOGRAPHS BY: ☑ NONE |
| | ☐ AT INTERSECTION WITH ☑ OR  208  FEET  S  OF  ACACIA AV | | | | | STATE HWY REL. ☐ YES ☑ NO | |

| PARTY 1 | DRIVER'S LICENSE NUMBER ▮▮▮ | STATE CA | CLASS C | AIR BAG N | SAFETY EQUIP. G | VEH. YR. 2001 | MAKE / MODEL / COLOR FORD  F-250  WHITE | LICENSE NUMBER 6U01355 | STATE CA |
|---|---|---|---|---|---|---|---|---|---|
| DRIVER ☑ | NAME (FIRST, MIDDLE, LAST) DAVID VIRGIL BAXTER | | | | | | | | |
| PEDES-TRIAN ☐ | STREET ADDRESS ▮▮▮ | | | | | OWNER'S NAME  ☑ SAME AS DRIVER SHELLY LEE BAXTER | | | |
| PARKED VEHICLE ☐ | CITY/STATE/ZIP HEMET  CA  92543 | | | | | OWNER'S ADDRESS  ☑ SAME AS DRIVER ▮▮▮ HEMET, CA 92543 | | | |
| BICY-CLIST ☐ | SEX M | HAIR BLN | EYES BLU | HEIGHT 5'10" | WEIGHT 175 | BIRTHDATE ▮▮▮  RACE W | DISPOSITION OF VEHICLE ON ORDERS OF: ☑ OFFICER  ☐ DRIVER  ☐ OTHER CASTELLANOS TOWING 951-652-0663 | | |
| OTHER ☐ | HOME PHONE | | | BUSINESS PHONE | | PRIOR MECHANICAL DEFECTS: NONE APPARENT ☑ REFER TO NARRATIVE ☐ | | |
| | | | | | | VEHICLE IDENTIFICATION NUMBER: 1FTNW21P71ED89795 | | |
| | INSURANCE CARRIER AAA | | POLICY NUMBER ▮▮▮ | | | VEHICLE TYPE 22 | DESCRIBE VEHICLE DAMAGE ☐ UNK ☑ NONE ☐ MINOR ☐ MOD ☐ MAJOR ☐ ROLLOVER | | |
| | DIR. OF TRAVEL E | ON STREET OR HIGHWAY GILBERT ST | | | SPEED LIMIT 35 | CA _____ DOT _____ CAL-T _____ TCP/PSC _____ MC/MX _____ | | |

| PARTY 2 | DRIVER'S LICENSE NUMBER | STATE | CLASS | AIR BAG | SAFETY EQUIP. | VEH. YR. 2018 | MAKE / MODEL / COLOR FORD  INTERCEPTOR  BLACK | LICENSE NUMBER 1554596 | STATE CA |
|---|---|---|---|---|---|---|---|---|---|
| DRIVER ☐ | NAME (FIRST, MIDDLE, LAST) | | | | | | | | |
| PEDES-TRIAN ☐ | STREET ADDRESS | | | | | OWNER'S NAME ☐ SAME AS DRIVER CITY OF HEMET | | | |
| PARKED VEHICLE ☑ | CITY/STATE/ZIP | | | | | OWNER'S ADDRESS ☐ SAME AS DRIVER 445 E. FLORIDA AVE, HEMET, CA | | | |
| BICY-CLIST ☐ | SEX | HAIR | EYES | HEIGHT | WEIGHT | BIRTHDATE  RACE | DISPOSITION OF VEHICLE ON ORDERS OF: ☐ OFFICER  ☑ DRIVER  ☐ OTHER DRIVEN AWAY | | |
| OTHER ☐ | HOME PHONE (951) 765-2400 | | | BUSINESS PHONE | | PRIOR MECHANICAL DEFECTS: NONE APPARENT ☑ REFER TO NARRATIVE ☐ | | |
| | | | | | | VEHICLE IDENTIFICATION NUMBER: 1FM5K8AR8JGB98528 | | |
| | INSURANCE CARRIER ALLIANT | | POLICY NUMBER ▮▮▮ | | | VEHICLE TYPE 48 | DESCRIBE VEHICLE DAMAGE ☐ UNK ☐ NONE ☑ MINOR ☐ MOD ☐ MAJOR ☐ ROLLOVER | | |
| | DIR. OF TRAVEL S | ON STREET OR HIGHWAY GILBERT ST | | | SPEED LIMIT 35 | CA _____ DOT _____ CAL-T _____ TCP/PSC _____ MC/MX _____ | | |

| PARTY 3 | DRIVER'S LICENSE NUMBER | STATE | CLASS | AIR BAG | SAFETY EQUIP. | VEH. YR. | MAKE / MODEL / COLOR | LICENSE NUMBER | STATE |
|---|---|---|---|---|---|---|---|---|---|
| DRIVER ☐ | NAME (FIRST, MIDDLE, LAST) | | | | | | | | |
| PEDES-TRIAN ☐ | STREET ADDRESS | | | | | OWNER'S NAME ☐ SAME AS DRIVER | | | |
| PARKED VEHICLE ☐ | CITY/STATE/ZIP | | | | | OWNER'S ADDRESS ☐ SAME AS DRIVER | | | |
| BICY-CLIST ☐ | SEX | HAIR | EYES | HEIGHT | WEIGHT | BIRTHDATE  RACE | DISPOSITION OF VEHICLE ON ORDERS OF: ☐ OFFICER  ☐ DRIVER  ☐ OTHER | | |
| OTHER ☐ | HOME PHONE | | | BUSINESS PHONE | | PRIOR MECHANICAL DEFECTS: NONE APPARENT ☐ REFER TO NARRATIVE ☐ | | |
| | | | | | | VEHICLE IDENTIFICATION NUMBER: | | |
| | INSURANCE CARRIER | | POLICY NUMBER | | | VEHICLE TYPE | DESCRIBE VEHICLE DAMAGE ☐ UNK ☐ NONE ☐ MINOR ☐ MOD ☐ MAJOR ☐ ROLLOVER | | |
| | DIR. OF TRAVEL | ON STREET OR HIGHWAY | | | SPEED LIMIT | CA _____ DOT _____ CAL-T _____ TCP/PSC _____ MC/MX _____ | | |

| PREPARER'S NAME Schroeder, Nicholas 10597 | DISPATCH NOTIFIED ☑ YES ☐ NO ☐ NA | REVIEWER'S NAME REINBOLT, DAN 4189 | DATE REVIEWED 10/11/2019 |
|---|---|---|---|

(1)SWITRS mn   n-09

STATE OF CALIFORNIA

# TRAFFIC COLLISION CODING

PAGE 2 OF 8

| DATE OF COLLISION (MO. DAY YEAR) | TIME | NCIC # | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 8/9/2019 | 0014 | 3308 | 10597 | 19-7023 |

| PROPERTY DAMAGE | OWNER'S NAME | | | |
|---|---|---|---|---|
| | OWNER'S ADDRESS | | | |
| | DESCRIPTION OF DAMAGE | | | NOTIFIED ☐ YES ☐ NO |

## SEATING POSITION

```
        1  2  3    1 - DRIVER
        4  5  6    2 TO 6 PASSENGERS
                   7 - STN. WAGON REAR
           7       8 - RR. OCC. TRK OR VAN
                   9 - POSITION UNKNOWN
                   0 - OTHER
```

### OCCUPANTS
A - NONE IN VEHICLE
B - UNKNOWN
C - LAP BELT USED
D - LAP BELT NOT USED
E - SHOULDER HARNESS USED
F - SHOULDER HARNESS NOT USED
G - LAP / SHOULDER HARNESS USED
H - LAP / SHOULDER HARNESS NOT USED
J - PASSIVE RESTRAINT USED
K - PASSIVE RESTRAINT NOT USED

### SAFETY EQUIPMENT
L - AIR BAG DEPLOYED
M - AIR BAG NOT DEPLOYED
N - OTHER
P - NOT REQUIRED

**CHILD RESTRAINT**
Q - IN VEHICLE USED
R - IN VEHICLE NOT USED
S - IN VEHICLE USE UNKNOWN
T - IN VEHICLE IMPROPER USE
U - NONE IN VEHICLE

**M / C BICYCLE - HELMET**
DRIVER      PASSENGER
V - NO       X - NO
W - YES      Y - YES

**EJECTED FROM VEHICLE**
0 - NOT EJECTED
1 - FULLY EJECTED
2 - PARTIALLY EJECTED
3 - UNKNOWN

### INATTENTION CODES
A - CELL PHONE HANDHELD
B - CELL PHONE HANDSFREE
C - ELECTRONIC EQUIPMENT
D - RADIO / CD
E - SMOKING
F - EATING
G - CHILDREN
H - ANIMALS
I - PERSONAL HYGIENE
J - READING          K - OTHER

ITEMS MARKED BELOW WHICH ARE FOLLOWED BY AN ASTERISK (*) SHOULD BE EXPLAINED IN THE NARRATIVE

| PRIMARY COLLISION FACTOR LIST NUMBER OF PARTY AT FAULT | TRAFFIC CONTROL DEVICES | 1 | 2 | 3 | SPECIAL INFORMATION | 1 | 2 | 3 | MOVEMENT PRECEDING COLLISION |
|---|---|---|---|---|---|---|---|---|---|
| 1   A VC SECTION VIOLATED   Cited   22106   No | A CONTROLS FUNCTIONING | | | | A HAZARDOUS MATERIAL | | | | A STOPPED |
| B OTHER IMPROPER DRIVING: | B CONTROLS NOT FUNCTIONING | | | | B CELL PHONE HANDHELD IN USE | | | | B PROCEEDING STRAIGHT |
| | C CONTROLS OBSCURED | | | | C CELL PHONE HANDSFREE IN USE | | | | C RAN OFF ROAD |
| C OTHER THAN DRIVER | ◆ D NO CONTROLS PRESENT/FACTOR | ◆ | ◆ | | D CELL PHONE NOT IN USE | | | | D MAKING RIGHT TURN |
| D UNKNOWN | TYPE OF COLLISION | | | | E SCHOOL BUS RELATED | | | | E MAKING LEFT TURN |
| | A HEAD-ON | | | | F 75 FT MOTORTRUCK COMBO | | | | F MAKING U TURN |
| | B SIDESWIPE | | | | G 32 FT TRAILER COMBO | ◆ | | | G BACKING |
| WEATHER (MARK 1 TO 2 ITEMS) | ◆ C REAR END | | | | H | | | | H SLOWING / STOPPING |
| ◆ A CLEAR | D BROADSIDE | | | | I | | | | I PASSING OTHER VEHICLE |
| B CLOUDY | E HIT OBJECT | | | | J | | | | J CHANGING LANES |
| C RAINING | F OVERTURNED | | | | K | | | | K PARKING MANEUVER |
| D SNOWING | G VEHICLE PEDESTRIAN | | | | L | | | | L ENTERING TRAFFIC |
| E FOG / VISIBILITY   FT. | H OTHER: | | | | M | | | | M OTHER UNSAFE TURNING |
| F OTHER*: | MOTOR VEHICLE INVOLVED WITH | | | | N | | | | N XING INTO OPPOSING LANE |
| G WIND | A NON-COLLISION | | | | O | | | | O PARKED |
| LIGHTING | B PEDESTRIAN | 1 | 2 | 3 | OTHER ASSOCIATED FACTOR (MARK 1 TO 2 ITEMS) | | ◆ | | P MERGING |
| A DAYLIGHT | C OTHER MOTOR VEHICLE | | | | A VC SECTION VIOLATION:   Cited   2800 1   Yes | | | | Q TRAVELING WRONG WAY |
| B DUSK - DAWN | D MOTOR VEH ON OTHER ROADWAY | ◆ | | | | | | | R OTHER:* |
| ◆ C DARK - STREET LIGHTS | ◆ E PARKED MOTOR VEHICLE | | | | B VC SECTION VIOLATION:   Cited | | | | |
| D DARK - NO STREET LIGHTS | F TRAIN | | | | | | | | |
| E DARK - STREET LIGHTS NOT FUNCTIONING | G BICYCLE | | | | C VC SECTION VIOLATION:   Cited | 1 | 2 | 3 | SOBRIETY - DRUG PHYSICAL (MARK 1 TO 2 ITEMS) |
| ROADWAY SURFACE | H ANIMAL: | | | | | | | | |
| ◆ A DRY | I FIXED OBJECT: | | | | D | ◆ | ◆ | | A HAD NOT BEEN DRINKING |
| B WET | | | | | E VISION OBSCUREMENT | | | | B HBD - UNDER INFLUENCE |
| C SNOWY - ICY | J OTHER OBJECT: | | | | F INATTENTION*: | | | | C HBD - NOT UNDER INFLU.* |
| D SLIPPERY (MUDDY, OILY, ETC.) | | | | | G STOP & GO TRAFFIC | | | | D HBD - IMPAIRMENT UNK.* |
| ROADWAY CONDITIONS (MARK 1 TO 2 ITEMS) | PEDESTRIAN'S ACTION | | | | H ENTERING / LEAVING RAMP | | | | E UNDER DRUG INFLU.* |
| A HOLES, DEEP RUTS | ◆ A NO PEDESTRIAN INVOLVED | | | | I PREVIOUS COLLISION | | | | F IMPAIRMENT - PHYSICAL* |
| B LOOSE MATERIAL ON RDWY | B CROSSING IN CROSSWALK AT INTERSECTION | | | | J UNFAMILIAR WITH ROAD | | | | G IMPAIRMENT NOT KNOWN |
| C OBSTRUCTION ON ROADWAY | C CROSSING IN CROSSWALK NOT AT INTERSECTION | | | | K DEFECTIVE VEH. EQUIP.:   Cited | | | | H NOT APPLICABLE |
| D CONSTRUCTION-REPAIR ZONE | | | | | | | | | I SLEEPY / FATIGUED |
| E REDUCED ROADWAY WIDTH | D CROSSING - NOT IN CROSSWALK | | | | L UNINVOLVED VEHICLE | | | | |
| F FLOODED | E IN ROAD - INCLUDES SHOULDER | | | | M OTHER*: | | | | |
| G OTHER | F NOT IN ROAD | | ◆ | | N NONE APPARENT | | | | |
| ◆ H NO UNUSUAL CONDITIONS | G APPROACH/LEAVING SCHOOL BUS | | | | O RUNAWAY VEHICLE | | | | |

MISCELLANEOUS

See Attached Sketch
See Attached Factual Diagram

STATE OF CALIFORNIA

# INJURED / WITNESSES / PASSENGERS

PAGE 3 OF 8

| DATE OF COLLISION | | | | TIME | | | NCIC NUMBER | | OFFICER ID | | NUMBER | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/9/2019 | | | | | 0014 | | 3308 | | 10597 | | 19-7023 | | | | |

| WITNESS ONLY | PASSENGER ONLY | AGE | SEX | EXTENT OF INJURY ("X" ONE) | | | | INJURED WAS ("X" ONE) | | | | | PARTY NUMBER | SEAT POS. | AIR BAG | SAFETY EQUIP. | EJECTED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | FATAL INJURY | SEVERE INJURY | OTHER VISIBLE INJ | COMPLAINT OF PAIN | DRIVER | PASS. | PED. | BICYCLIST | OTHER | | | | | |
| X # 1 | ☐ | | M | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | | | | |

NAME / D.O.B. / ADDRESS
CHRISTIAN COLEY, 450 E. LATHAM AVE, HEMET, CA, 92543 (951) 765-2400

TELEPHONE

(INJURED ONLY) TRANSPORTED BY:                           TAKEN TO:

DESCRIBE INJURIES

| | | | | | | | | | | | | | | ☐ VICTIM OF VIOLENT CRIME NOTIFIED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ # | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | |

NAME / D.O.B. / ADDRESS

TELEPHONE

(INJURED ONLY) TRANSPORTED BY:                           TAKEN TO:

DESCRIBE INJURIES

| | | | | | | | | | | | | | | ☐ VICTIM OF VIOLENT CRIME NOTIFIED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ # | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | |

NAME / D.O.B. / ADDRESS

TELEPHONE

(INJURED ONLY) TRANSPORTED BY:                           TAKEN TO:

DESCRIBE INJURIES

| | | | | | | | | | | | | | | ☐ VICTIM OF VIOLENT CRIME NOTIFIED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ # | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | |

NAME / D.O.B. / ADDRESS

TELEPHONE

(INJURED ONLY) TRANSPORTED BY:                           TAKEN TO:

DESCRIBE INJURIES

| | | | | | | | | | | | | | | ☐ VICTIM OF VIOLENT CRIME NOTIFIED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ # | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | |

NAME / D.O.B. / ADDRESS

TELEPHONE

(INJURED ONLY) TRANSPORTED BY:                           TAKEN TO:

DESCRIBE INJURIES

| | | | | | | | | | | | | | | ☐ VICTIM OF VIOLENT CRIME NOTIFIED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ # | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | |

NAME / D.O.B. / ADDRESS

TELEPHONE

(INJURED ONLY) TRANSPORTED BY:                           TAKEN TO:

DESCRIBE INJURIES

| PREPARER'S NAME | I.D. NUMBER | MO. | DAY | YEAR | REVIEWER'S NAME | | ☐ VICTIM OF VIOLENT CRIME NOTIFIED |
|---|---|---|---|---|---|---|---|
| Schroeder, Nicholas | 10597 | | 8/9/2019 | | REINBOLT, DAN 4189 | | MO. DAY YEAR |
| | | | | | | | 10/11/2019 |

STATE OF CALIFORNIA
## NARRATIVE/SUPPLEMENTAL
PAGE 4

CHP 556 (Rev 7-90) OPI 042

| Date of Incident/Occurrence 8/9/2019 | Time(2400) 0014 | NCIC NUMBER 3308 | OFFICER ID # 10597 | NUMBER 19-7023 |
|---|---|---|---|---|

1   Sketch:



Gilbert Street

V-2

V-1

N

Driveway to
324 S. Gilbert
Street

2
3

| PREPARER'S NAME AND I.D. NUMBER Schroeder, Nicholas 10597 | DATE 09/06/2019 | REVIEWER'S NAME REINBOLT, DAN 4189 | DATE 10/10/2019 |
|---|---|---|---|

STATE OF CALIFORNIA
**NARRATIVE/SUPPLEMENTAL**                                                                                          PAGE 5
CHP 556 (Rev 7-90) OPI 042

| Date of Incident/Occurrence 8/9/2019 | Time(2400) 0014 | NCIC NUMBER 3308 | OFFICER ID # 10597 | NUMBER 19-7023 |
|---|---|---|---|---|

4
5  Factual:



6
7

| PREPARER'S NAME AND I.D. NUMBER Schroeder, Nicholas 10597 | DATE 09/06/2019 | REVIEWER'S NAME REINBOLT, DAN 4189 | DATE 10/10/2019 |
|---|---|---|---|

STATE OF CALIFORNIA
## NARRATIVE/SUPPLEMENTAL
PAGE 6

CHP 556 (Rev 7-90) OPI 042

| Date of Incident/Occurrence 8/9/2019 | Time(2400) 0014 | NCIC NUMBER 3308 | OFFICER ID # 10597 | NUMBER 19-7023 |
|---|---|---|---|---|

8 **Facts:**

9     <u>Notification</u>:

10         On 8-9-19, at approximately 0014 hours, I responded to assist Officer Coley who had broadcasted an

11     emergency call for help near the intersection of Gilbert Street and Acacia Avenue (City of Hemet,

12     County of Riverside). I arrived and assisted Officer Coley at the conclusion of his pursuit (See File 19-

13     7024 for further information). During the incident, Officer Coley informed me the driver of the other

14     vehicle, David Baxter, had collided with his City of Hemet Police Department unit. All times and

15     measurements are approximate.

16

17     <u>Scene</u>: At the scene of this collision, Gilbert Street is a northbound /southbound city street consisting of

18     one lane in each direction. The roadway is straight and level. The surface is composed primarily of

19     asphalt. Acacia Avenue is an eastbound / westbound city street consisting of one lane in each direction.

20     The roadway is straight and level. The surface is composed primarily of asphalt. The intersection is

21     controlled by stop signs.

22

23 **Parties:**

24     <u>Party #1 (Baxter)</u> Party-1, Baxter, was identified by a valid California identification card. Baxter was

25     placed as a party by the following items:

26     -  P-1 in possession of registration and insurance

27     -  P-1 being observed as the driver of the vehicle

28

29     <u>Ford F-250</u> – There was no damage to the vehicle

30

31     <u>Witness #1 (Coley)</u> Witness-1, Coley, was identified by a valid California driver's license. Coley was

32     placed as a party by the following items:

33     -  W-1 Statements

34

35     <u>Ford Interceptor Utility</u> – There was minor damage to the push bumper of the vehicle.

36

37

| PREPARER'S NAME AND I.D. NUMBER Schroeder, Nicholas 10597 | DATE 09/06/2019 | REVIEWER'S NAME REINBOLT, DAN 4189 | DATE 10/10/2019 |
|---|---|---|---|



STATE OF CALIFORNIA
## NARRATIVE/SUPPLEMENTAL
CHP 556 (Rev 7-90) OPI 042

PAGE 7

| Date of Incident/Occurrence 8/9/2019 | Time(2400) 0014 | NCIC NUMBER 3308 | OFFICER ID # 10597 | NUMBER 19-7023 |
|---|---|---|---|---|

38 **Physical Evidence:**

39　　None

40

41 **Statements:**

42　　　I was unable to speak to P-1 prior to him being transported to Riverside County Jail.

43

44　　　I spoke to W-1 and obtained the following summarized statement. W-1 told me he was conducting a
45　traffic stop on a vehicle that was trying to avoid him (V-1.) W-1 said when he activated his emergency
46　lights and sirens, P-1 continued to drive southbound on Gilbert Street and failed to yield. P-1 drove onto
47　the wrong side of the road while failing to yield. W-1 said P-1 then suddenly turned his vehicle toward
48　the west, so it was perpendicular with the roadway and blocking both the north and southbound lanes. W-
49　1 said at this point, he stopped V-2 and was exiting the vehicle so he could give P-1 verbal commands to
50　stop. W-1 said P-1 then reversed V-1 and turned into V-2. W-1 said he had just put V-2 into park and
51　was exiting the vehicle when V-1 collided with V-2.

52

53 **Opinions and Conclusions:**

54

55　　**Summary:**

56　　P-1 was involved in a failure to yield with W-1 following behind him with emergency equipment
57　activated. P-1 suddenly turned his vehicle and began to reverse. W-1 exited his vehicle to give verbal
58　commands to P-1 when P-1's vehicle collided with W-1's vehicle.

59

60　　**Area of Impact #1:**

61　　Determined from driver statements, at approximately 208'1" south of the south curb prolongation of
62　Acacia Avenue and 19'2" east of the west curb line of Gilbert Street.

63

64　　**Area of Rest for V-1:**

65　　Right Front: 19'2" east of the west curb line of Gilbert Street and 208'1" south of the south curb
66　prolongation of Acacia Avenue.

67




STATE OF CALIFORNIA
## NARRATIVE/SUPPLEMENTAL
PAGE 8
CHP 556 (Rev 7-90) OPI 042

| Date of Incident/Occurrence 8/9/2019 | Time(2400) 0014 | NCIC NUMBER 3308 | OFFICER ID # 10597 | NUMBER 19-7023 |
|---|---|---|---|---|

68    Right Rear: 8'11" west of the east curb line of Gilbert Street and 199'9" south of the south curb

69    prolongation of Acacia Avenue.

70

71    Area of Rest for V-2 was unable to be obtained based on the vehicle being moved prior to my

72    investigation.

73

74    <u>Cause:</u>

75    P-1, Baxter, was determined to be the cause of this collision by violation of C.V.C. 22106,

76

77    No person shall start a vehicle stopped, standing, or parked on a highway, nor shall any person back a

78    vehicle on a highway until such movement can be made with reasonable safety.

79

80    <u>Recommendations:</u>

81    None

| PREPARER'S NAME AND I.D. NUMBER Schroeder, Nicholas 10597 | DATE 09/08/2019 | REVIEWER'S NAME REINBOLT, DAN 4189 | DATE 10/10/2019 |
|---|---|---|---|