FILED
CLERK, U.S. DISTRICT COURT
July 7, 2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___pd___ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BAXTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTIAN COLEY,<br><br>　　　　Defendant. | Case No. 5:21-cv-01331-JWH-SP<br><br>**VERDICT FORM** |

In the matter of *David Baxter v. Christian Coley*, we, the jury, find as follows:

A. **Use of Force—Section 1983**

1. Did Officer Christian Coley use unreasonable force against David Baxter?

    Yes __✓__        No _____

*If you answered "Yes" to Question 1, then proceed to Question 2. If you answered "No" to Question 1, then answer no further questions, have the Jury Foreperson sign the last page of this form, and return it to the Court.*

2. Was Officer Coley's use of unreasonable force against David Baxter a cause of injury, damage, loss, or harm to David Baxter?

    Yes _____        No __✓__

*If you answered "Yes" to Question 2, then proceed to Questions 3 and 4. If you answered "No" to Question 2, then answer no further questions, have the Jury Foreperson sign the last page of this form, and return it to the Court.*

**B. Damages**

3. If your answer to Question Nos. 1 and 2 was "Yes," what amount of damages, if any, do you find that David Baxter sustained as a result of Officer Coley's actions:

  Emotional/Mental Suffering   $ _____

4. In using force against David Baxter, did Officer Coley act maliciously or in reckless disregard of David Baxter's Fourth Amendment rights?

  Yes _____    No _____

*After you have completed the verdict form, the Jury Foreperson should sign and date this verdict form and return it to the Court.*

Dated: 7-7-2025   ███████████

-3-