JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BAXTER, an individual, | Case No. 5:21-cv-01331-JWH-SP |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CITY OF HEMET, a municipality; HEMET POLICE DEPARTMENT, a municipality; POLICE CHIEF EDDIE J. PUST, an individual; CHRISTIAN COLEY, an individual; NICHOLAS SCHROEDER, an individual; DANIEL REINBOLT, an individual; and DOES 1 through 15, | |
| Defendants. | |

Pursuant to the Verdict rendered in the above-captioned action on July 7, 2025 [ECF Nos. 194 (unsealed) & 200 (sealed)], and the "Order Regarding the Entry of Judgment" entered substantially contemporaneously herewith, and in accordance with Rule 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(a), & 1367.

2. The parties in this case are:
   a. Plaintiff David Baxter;
   b. Defendant City of Hemet;
   c. Defendant Hemet Police Department;
   d. Defendant Police Chief Eddie J. Pust;
   e. Defendant Christian Coley;
   f. Defendant Nicholas Schroeder; and
   g. Defendant Daniel Reinbolt.

3. Fictitiously named Defendants Does 1-15 are **DISMISSED**.

4. The operative pleadings in this case are the First Amended Complaint [ECF No. 18] and Defendants' Answer [ECF No. 21].

5. Defendants City of Hemet, Hemet Police Department, Police Chief Eddie J. Pust, Nicholas Schroeder, and Daniel Reinbolt were **DISMISSED** on or about April 3, 2024.

6. Plaintiff David Baxter's first claim for relief against Defendant Christian Coley was **DISMISSED** on or about April 3, 2024.

7. Plaintiff David Baxter shall have **JUDGMENT** in his **FAVOR** on his second claim for relief, and **AGAINST** Defendant Christian Coley.

8. Plaintiff David Baxter is **AWARDED** nominal damages **AGAINST** Defendant Christian Coley in the amount of **$1**.

/ / /

9. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: August 4, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE